U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 17 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MOMOLU B. STEWART                DOCKET NO. 1:15-CV-397; SEC. P

VERSUS                           JUDGE STAGG

WARDEN                           MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 be **DENIED AND DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 16th day of April, 2015.

TOM STAGG
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF LOUISIANA